**Order filed September 25, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00432-CV
_____

**LAWRENCE THOMPSON, Appellant**

**V.**

**KERRY ALLEN, Appellee**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-10948**

## O R D E R

This appeal is from a judgment signed December 18, 2013. The notice of appeal was filed May 1, 2014. On September 4, 2014, we directed the Harris County District Clerk to file a partial clerk's record containing (1) the court's judgment; (2) any request for findings of fact and conclusions of law, any post-judgment motion, and the court's order on the motion; and (3) the notice of appeal, in order that we might determine our jurisdiction.

The record was filed September 18, 2014. The record does not contain any post-judgment motion that would operate to extend the appellate timetable. Accordingly, appellant's notice of appeal was due thirty days after the judgment was signed, on January 17, 2014. *See* Tex. R. App. P. 26.1. The notice of appeal, filed May 1, 2014, is untimely.

The court will consider dismissal of the appeal on its own motion for want of jurisdiction unless any party files a response on or before October 10, 2014, showing meritorious grounds for continuing the appeal.

PER CURIAM